1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   WESTERN DIVISION

10

11  CHRISTIAN P. BARTLETT,          )  No. ED CV 07-01683-ODW (VBK)
                                    )
12              Plaintiff,          )  ORDER (1) ACCEPTING AND ADOPTING
                                    )  THE REPORT AND RECOMMENDATION OF
13      v.                          )  THE UNITED STATES MAGISTRATE
                                    )  JUDGE, AND (2) DISMISSING THE
14  CALIFORNIA HIGHWAY PATROL,      )  FIRST AMENDED COMPLAINT AND THE
                                    )  ENTIRE ACTION
15              Defendant.          )
    _____)

16

17      Pursuant to 28 U.S.C. §636, the Court has reviewed the First

18  Amended Complaint and all other papers along with the attached Report

19  and Recommendation of the United States Magistrate Judge, and has made

20  a de novo determination of the Report and Recommendation.

21      **IT IS THEREFORE ORDERED** that an Order be entered (1) approving

22  and adopting this Report and Recommendation, and (2) directing that

23  the First Amended Complaint, and the entire action, be dismissed

24  without prejudice.

25

26  DATED: March 19, 2009            _____

27                                   OTIS D. WRIGHT II
                                     UNITED STATES DISTRICT JUDGE

28