JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN P. BARTLETT, | ) | No. ED CV 07-01683-ODW (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA HIGHWAY PATROL, | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action without prejudice.

DATED: March 19, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE